ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - X

                                 **ECF CASE**

DELORES MORRISON,                   :

                              07 Civ. 6266 (WCC)

                Plaintiff,   :

      - against -          :

                                     **ORDER**

FAMILY EMPOWERMENT COUNCIL,   :

                Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - X

**CONNER, Sr. D.J.:**

On August 9, 2007 plaintiff's counsel Kenneth W. Richardson filed a Motion to be Relieved as Counsel of Record. It is hereby

ORDERED, that the motion is granted for the reasons stated in his Declaration. Unless, within 60 days of the date of this Order, new counsel enters appearance for plaintiff Delores Morrison or plaintiff notifies the Court in writing of her intention to proceed *pro se*, this action will be dismissed without prejudice for want of prosecution.

SO ORDERED.

Dated:  White Plains, New York
       September 5, 2007

                            _____
                        WILLIAM C. CONNER, Senior U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Copies E-Mailed to Counsel of Record
& Mailed to Plaintiff 9/5/07