UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X
DELORES MORRISON,                      :

                    Plaintiff,    :

    - against -                 :

FAMILY EMPOWERMENT COUNCIL,     :

                    Defendant.    :
- - - - - - - - - - - - - - - - - - - - - X

ECF CASE

07 Civ. 6266 (WCC)

**ORDER**

**CONNER, Sr. D.J.:**

      On September 5, 2007, this Court issued an Order granting the Motion of plaintiff's then counsel Kenneth W. Richardson to be relieved as counsel of record. The Court further ordered that unless within 60 days new counsel enters appearance for plaintiff Delores Morrison or plaintiff notifies the Court in writing of her intention to proceed *pro se*, this action will be dismissed without prejudice for want of prosecution. Neither has an appearance been filed nor has plaintiff contacted this Court. Therefore, it is hereby

      ORDERED that this action is transferred to the suspense docket of this Court, pending appearance of counsel or written notification of plaintiff's intention to proceed pro se. If no

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO PLAINTIFF 11/13/07

such appearance or notification is received within 60 days from the date of this Order, the action will be dismissed with prejudice.

SO ORDERED.

Dated:  White Plains, New York
        November 13, 2007

                                    _____
                                    WILLIAM C. CONNER, Senior U.S.D.J.